**David Ray FUGATE, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 100521

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: December 9, 2014

---

1. All rule references are to Mo. R.Crim. P.2013, unless otherwise indicated.

Lisa M. Stroup, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Glenn A. Norton, J.

## ORDER

### PER CURIAM

David Ray Fugate appeals the motion court's denial of his Rule 29.15 motion for postconviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(2).